UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

| | |
|---|---|
| ARDENA KERNS, | Case No: 8:14-cv-2565-T-30EAJ |
|     Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| 1ST FINANCIAL BANK, USA, a foreign corporate bank, | |
|     Defendant. | |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers and drafts. The parties request that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation of Dismissal herein.

Dated: September 22, 2015

Respectfully submitted,

**THE GOLDEN LAW GROUP**

/s/ G. Donald Golden
G. DONALD GOLDEN, ESQUIRE
Florida Bar No. 0137080
E-Mail: don@brandonlawyer.com
THE GOLDEN LAW GROUP
808-A Oakfield Drive
Brandon, Florida   33511
Telephone:  (813) 413-8700
Facsimile:   (813) 413-8701

**BARRY & HELWIG, LLC**

/s/ Peter F. Barry
Peter F. Barry, Esq.
Minnesota Attorney I.D.#0266577
2701 University Ave. SE, Suite 209
Minneapolis, Minnesota 55414-3236

Telephone: (612) 379-8800
pbarry@lawpoint.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been filed with the Clerk of Court via CM/ECF and is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on this 22nd day of September, 2015 to:

MS. JANELLE A. WEBER ESQ.
MR. ERIC S. ADAMS, ESQ.
MS. ELLA SHENAV, ESQ.

at: jweber@shutts.com ; EAdams@shutts.com ; eshenhav@shutts.com

Dated: September 22, 2015

Respectfully submitted,

**BARRY & HELWIG, LLC**

_____/s/ Peter F. Barry_____
Peter F. Barry, Esq.
Minnesota Attorney I.D.#0266577
2701 University Ave. SE, Suite 209
Minneapolis, Minnesota 55414-3236
Telephone: (612) 379-8800
pbarry@lawpoint.com